AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>Melquan Barnett<br>3425 Maple Street<br>Erie, Pennsylvania 16508<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.  1:20-mj-56 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 30, 2020__ in the county of __Erie__ in the __Western__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 844(i) | did maliciously damage, and attempt to damage and destroy, by means of fire, a building used in interstate commerce and in any activity affecting interstate commerce, specifically, Ember + Forge, 401 State Street, Erie, Pennsylvania 16501. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

S/ Valentino Cuba
*Complainant's signature*

FBI Special Agent Valentino Cuba
*Printed name and title*

Sworn to before me and signed *by telephone* ~~in my presence~~ *under oath by telephone*. RAL

Date: 06/03/2020

Judge's signature

City and state: Erie, Pennsylvania

United States Magistrate Judge Richard Lanzillo
*Printed name and title*