# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET #: 1:20-mj-56 |
| vs | DATE OF COMPLAINT: 6/3/2020 |
| MELQUAN BARNETT | CRIMINAL DOCKET NUMBER: |
| | DATE OF INDICTMENT: |
| | STATUTE: 18:844(i) |

DATE ARRESTED: 6/5/2020

## INITIAL APPEARANCE

| Before Magistrate | [ ] LENIHAN  [ ] EDDY  Date: 6/4/2020  Casette Tape #: |
| --- | --- |
| | [ ] MITCHELL  [x] LANZILLO  Time: 10:39 a.m. - 10:50 a.m.  Tape Index: |
| | [ ] KELLY  [ ] PESTO |

U. S. ATTORNEY: Christian Trabold, AUSA

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read   [x] Summarized   [x] Reading waived
   - [x] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read   [x] Summarized   [x] Reading waived

4. COUNSEL
   - [ ] Defendant requested appointment          [ ] Defendant waived appointment
   - [x] Defendant represented by: Charles Sunwabe, Esq.
   - [ ] Defendant expects to retain:
   - [ ] Affidavit executed.
   - [ ] Not Qualified   [ ] Qualified   [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender
   - [ ] CJA Panel Attorney                                                                 appointed

5. BAIL
   - Recommended Bond: Detention
   - Bond Set at:
   - [ ] By Consent       [ ] Additional Conditions Imposed:
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [x] Temporary Commitment issued          [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For: 6/8/2020 at 1:30 p.m.

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   - Preliminary Exam/Rule 40/Arraignment set for: 6/12/2020 at 10   Before Magistrate Richard Lanzillo

ADDITIONAL COMMENTS:   AUSA ORALLY REQUESTS DETENTION