# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM. NO. 1:20-mj-56 |
| | ) |
| MELQUAN BARNETT | ) |
| | ) |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Administrative Order 20-mc-466, this Court finds:

**X** That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

**X** Video Teleconferencing

\_\_\_\_ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    \_\_\_\_ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    \_\_\_\_ Other:

Date: 6/4/20

*[signature]*
United States Magistrate Judge