B007

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
v.                                )   Criminal No. 20 - 18 Erie
                                  )
MELQUAN BARNETT                   )   (18 U.S.C. § 844(i))

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about May 30, 2020, in the Western District of Pennsylvania, the defendant,

MELQUAN BARNETT, did maliciously damage, and attempt to damage and destroy, by means

of fire, Ember + Forge located at 401 State Street, Erie, Pennsylvania, which building was used in

interstate commerce and in activity affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

A True Bill,

_____
FOREPERSON

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

**FILED**

JUN -9 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA