IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-18   Erie |
| MELQUAN BARNETT | |

## ARRAIGNMENT PLEA

Defendant Melquan Barnett

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)


_____
(Attorney for Defendant)