# CRIMINAL CASE INFORMATION SHEET

Pittsburgh _____   Erie __X__   Johnstown _____

Related to No. _____   Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. \_\_\_\_ Narcotics and Other Controlled Substances
1a. \_\_\_\_ Narcotics and Other Controlled Substances (3 or more Defendants)
2. \_\_\_\_ Fraud and Property Offenses
2a. \_\_\_\_ Fraud and Property Offenses (3 or more Defendants)
3. \_\_\_\_ Crimes of Violence
4. \_\_\_\_ Sex Offenses
5. __X__ Firearms and Explosives
6. \_\_\_\_ Immigration
7. \_\_\_\_ All Others

Defendant's name: Melquan Barnett

Is Indictment waived:   \_\_\_ Yes   _X_ No

Pretrial Diversion:   \_\_\_ Yes   _X_ No

Juvenile proceeding:   \_\_\_ Yes   _X_ No

Defendant is:   _X_ Male   \_\_\_ Female

Superseding Indictment or Information   \_\_\_ Yes   _X_ No

Previous case number: _____

If superseding, previous case was/will be:

\_\_\_\_\_ Dismissed on defendant's motion
\_\_\_\_\_ Dismissed on governments' motion
\_\_\_\_\_ After appellate action
\_\_\_\_\_ Other (explain)

County in which first offense cited occurred:   Erie

Previous proceedings before Magistrate Judge:   Richard A. Lanzillo

Case No.:   20-56

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | June 4, 2020 |
| Defendant: | _X_ is in custody  ____ is not in custody |
| Name of Institution: | Erie County Prison |
| Custody is on: | _X_ this charge  ____ another charge |
| | ____ another conviction |
| | ____ State  _X_ Federal |
| Detainer filed: | _X_ Yes  ____ no |
| Date detainer filed: | June 4, 2020 |
| Total defendants: | 1 |
| Total counts: | 1 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | Melquan Barnett |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 844(i) | Malicious destruction of property by fire | XX | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

_[signature]_
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013