IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff,

v.                                     Case No.: 1:20−cr−00018−SPB
                                          Judge Susan Paradise Baxter

MELQUAN BARNETT

                Defendant.

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: Charles Kwalonue Sunwabe.

Government: Christian Trabold.

Date of Arraignment: 6/18/2020.

Defendant entered a plea of Not Guilty.

The parties were advised that all pretrial motions must be filed within fourteen (14) days.

A Rule 16 Conference: has been held.

Discovery is not completed.

Defendant has requested to be tried by: Jury.

Estimated trial length: 6 days

                                                                               s/ Richard A. Lanzillo

                                                           United States Magistrate Judge