IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MELQUAN BARNETT

Criminal No. 20-18 Erie

## ARRAIGNMENT PLEA

Defendant Melquan Barnett

being arraigned, pleads __Not Guilty__

in open Court this __18th__ day of

__June__, 20 __20__

__s/Melquan Barnett__   *signed with consent of Defendant.
(Defendant's Signature)

__s/Charles K. Sunwabe, Jr.__   *signed with consent of Defense Counsel
(Attorney for Defendant)