IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 1:20-cr-00018 |
| ) | |
| MELQUAN BARNETT ) | |

**MOTION FOR ORDER AUTHORIZING**
**PRETRIAL RELEASE OF DEFENDANT**

**ORDER OF COURT**

Upon consideration of this Motion for Revocation of Detention Order, it is hereby ORDERED that this Motion is GRANTED.

Mr. Melquan Barnett shall be released from detention on the _____ day of _____, 2020 to the third-party custody of Mrs Marla Hollingsworth under conditions as will be set by further order of this Court.

_____
Hon. Susan Paradise Baxter
United States District Judge


cc:   Christian Trabold, Esq., Assistant United States Attorney
      U.S. Marshals