# EXHIBIT A

[https://www.justice.gov/usao-wdpa/pr/erie-man-charged-arson-setting-fire-erie-coffee-shop-during-protest](https://www.justice.gov/usao-wdpa/pr/erie-man-charged-arson-setting-fire-erie-coffee-shop-during-protest)