# EXHIBIT B

https://revealnews.org/podcast/stopping-a-movement/