# EXHIBIT C

https://pittsburgh.cbslocal.com/2020/06/04/erie-coffee-shop-vandalism-charges/