# EXHIBIT D

https://www.goerie.com/story/news/crime/2020/08/26/erie-police-wrapping-up-probe-into-riot-related-crimes/113584174/