# EXHIBIT E

https://www.facebook.com/eriepolicedept/