# EXHIBIT F

https://www.msn.com/en-us/news/us/balm-offered-for-erie-after-unrest-invest-in-hope/ar-BB158XPm