# EXHIBIT G

https://news.yahoo.com/know-capitol-riot-arrests-223600743.html