# EXHIBIT H

https://www.yourerie.com/news/local-news/erie-residents-react-to-the-riot-aftermath/