# EXHIBIT I

https://www.npr.org/2021/02/09/965472049/the-capitol-siege-the-arrested-and-their-stories#database