# EXHIBIT K

https://www.goerie.com/news/20200530/3-hours-of-chaos-how-erie-turned-into-tinderbox