# EXHIBIT L

https://www.goerie.com/news/20200531/erie-police-lsquothis-violence-was-clearly-plannedrsquo