# EXHIBIT M

https://www.justice.gov/usao-wdpa/pr/erie-man-facing-federal-charges-actions-during-may-30-2020-erie-protest-0