# EXHIBIT N

https://www.goerie.com/news/20200530/hundreds-gather-for-peaceful-protest-in-downtown-erie