# EXHIBIT O

https://www.yourerie.com/news/local-news/peaceful-protest-escalates-to-riot-in-downtown-erie/