# EXHIBIT P

https://www.penncapital-star.com/covid-19/erie-cops-at-protest-werent-quarantined-were-exercising-abundance-of-caution-city-police-chief-says/