# EXHIBIT Q

https://www.erienewsnow.com/story/42193199/timeline-how-erie-protest-turned-into-riot