# EXHIBIT R

https://talkerie.com/2020/05/31/mayor-schember-chief-spizarny-react-to-saturday-night-violence-in-downtown-erie/