# EXHIBIT S

https://www.eriereader.com/article/photo-gallery-george-floyd-protest