# EXHIBIT T

https://www.goerie.com/news/20200530/george-floyd-protest-planned-for-saturday-in-erie