# EXHIBIT U

https://www.msn.com/en-us/news/crime/pair-charged-in-shooting-assault-during-erie-riot/ar-BB16ADRz