# EXHIBIT V

https://www.yourerie.com/news/local-news/peaceful-protest-turns-into-riot-down-at-perry-square/