# EXHIBIT W

https://www.goerie.com/story/news/crime/2020/07/09/erie-man-charged-in-may-30-rioting/113428552/