# EXHIBIT X

https://www.usatoday.com/storytelling/capitol-riot-mob-arrests/