# EXHIBIT Y

https://www.msn.com/en-us/news/us/the-16-businesses-buildings-damaged-in-downtown-erie-riot/ar-BB14UDa8