# EXHIBIT Z

https://www.motherjones.com/politics/2020/11/go-after-the-troublemakers-how-trump-and-barr-targeted-the-black-lives-matter-movement/