# EXHIBIT CC

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA )<br>)<br>v.   )<br>)<br>YESENIA N. VICENTY   )<br>) | IN THE COURT OF COMMON PLEAS<br>OF ERIE COUNTY, PENNSYLVANIA<br>CRIMINAL DIVISION<br><br>NO. 1101 of 2020<br>U 879881-2 |

## INFORMATION

The District Attorney of Erie County by this Information charges that on or about MAY 30, 2020 in the said County of Erie and State of Pennsylvania, the said YESENIA N. VICENTY, did participate with two or more others in a course of disorderly conduct with the intent to commit or facilitate the commission of a felony or misdemeanor, to-wit: the said YESENIA N. VICENTY did KICK THE FRONT WINDOW OF EMBER & FORGE, CAUSING IT TO BREAK AND/OR ALLOWING ACCESS TO OTHER RIOTERS WHO SET THE ESTABLISHMENT ON FIRE AND/OR did THROW A CHAIR THROUGH THE WINDOW OF A BUILDING AT 421 STATE STREET CAUSING IT TO BREAK AND/OR did BREAK THE WINDOW AT LUCKY'S FOOD MART AND/OR did BREAK A WINDOW AT SUBWAY, occurring at 401 STATE STREET AND/OR 421 STATE STREET AND/OR 431 STATE STREET AND/OR 425 STATE STREET, CITY OF ERIE, ERIE COUNTY, PENNSYLVANIA: thereby the said YESENIA N. VICENTY did commit the crime of RIOT-INTENT TO COMMIT FELONY, a Felony of the Third Degree.

COUNT TWO:

AND THE DISTRICT ATTORNEY FURTHER CHARGES that on the day and year aforesaid in the said County of Erie and State of Pennsylvania, the said YESENIA N. VICENTY, did intentionally damage real or personal property of another, to-wit: the said YESENIA N. VICENTY did KICK THE FRONT WINDOW CAUSING IT TO BREAK, belonging to the victim EMBER & FORGE, causing damage in the amount of MORE THAN $1,000 BUT LESS THAN $5,000, occurring at 401 STATE STREET, CITY OF ERIE, ERIE COUNTY, PENNSYLVANIA; thereby the said YESENIA N. VICENTY did commit the crime of CRIMINAL MISCHIEF, a MISDEMEANOR OF THE SECOND DEGREE.

COUNT THREE:

AND THE DISTRICT ATTORNEY FURTHER CHARGES that on the day and year aforesaid in the said County of Erie and State of Pennsylvania, the said YESENIA N. VICENTY, did intentionally damage real or personal property of another, to-wit:  the said YESENIA N. VICENTY did THROW A CHAIR THROUGH THE WINDOW OF A BUILDING AT 421 STATE STREET, causing damage in the amount of MORE THAN $1,000 BUT LESS THAN $5,000, occurring at 421 STATE STREET, CITY OF ERIE, ERIE COUNTY, PENNSYLVANIA; thereby the said YESENIA N. VICENTY did commit the crime of CRIMINAL MISCHIEF, a MISDEMEANOR OF THE SECOND DEGREE.

COUNT FOUR:

AND THE DISTRICT ATTORNEY FURTHER CHARGES that on the day and year aforesaid in the said County of Erie and State of Pennsylvania, the said YESENIA N. VICENTY, did intentionally damage real or personal property of another, to-wit:  the said YESENIA N. VICENTY did BREAK THE WINDOW, belonging to the victim LUCKY'S FOOD MART, causing damage in the amount of MORE THAN $1,000 BUT LESS THAN $5,000, occurring at 431 STATE STREET, CITY OF ERIE, ERIE COUNTY, PENNSYLVANIA; thereby the said YESENIA N. VICENTY did commit the crime of CRIMINAL MISCHIEF, a MISDEMEANOR OF THE SECOND DEGREE.

COUNT FIVE:

AND THE DISTRICT ATTORNEY FURTHER CHARGES that on the day and year aforesaid in the said County of Erie and State of Pennsylvania, the said YESENIA N. VICENTY, did intentionally damage real or personal property of another, to-wit:  the said YESENIA N. VICENTY did BREAK A WINDOW, belonging to the victim SUBWAY, causing damage in the amount of MORE THAN $1,000 BUT LESS THAN $5,000, occurring at 425 STATE STREET, CITY OF ERIE, ERIE COUNTY, PENNSYLVANIA; thereby the said YESENIA N. VICENTY did commit the crime of CRIMINAL MISCHIEF, a MISDEMEANOR OF THE SECOND DEGREE.

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

(XX)  Notice is hereby given, per Pa.R.Crim.P. 582 (B) (1), that this Information will be tried with any and all other Informations for this defendant.

(XX)  Notice is hereby given, per Pa.R.Crim.P. 582 (B) (1), that your case will be tried together with all co-defendant(s) since you are alleged to have participated in the same act or transaction.

18 P.S. 5501(1)

18 P.S. 3304 (A)(5) 4 COUNTS

_____     _____  __/__/__

Citation of Statute & Section        Attorney for Commonwealth           Date