# EXHIBIT EE

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0001497-2020
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Jacob Michael Miller

Page 1 of 6

## CASE INFORMATION

| | | |
|---|---|---|
| Judge Assigned: Ridge, David | Date Filed: 07/31/2020 | Initiation Date: 07/06/2020 |
| OTN: X 340095-0 | LOTN: X 340095-0 | Originating Docket No: MJ-06305-CR-0000252-2020 |
| Initial Issuing Authority: Brian M. McGowan | | Final Issuing Authority: Brian M. McGowan |
| Arresting Agency: Erie Psp | | Arresting Officer: Stolar, Nicholas M. |
| Complaint/Incident #: PA20930439 | | |
| Case Local Number Type(s) | | Case Local Number(s) |

## STATUS INFORMATION

| Case Status: Active | Status Date | Processing Status | Arrest Date: 07/06/2020 |
|---|---|---|---|
| | 09/17/2020 | Awaiting Trial | |
| | 08/11/2020 | Awaiting Formal Arraignment | |
| | 07/31/2020 | Awaiting Filing of Information | |
| | | | Complaint Date: 07/07/2020 |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 09/21/2020 | 1:00 pm | Courtroom H - Room 229 | Julia Elaine Bagnoni | Cancelled |
| Trial | 11/09/2020 | 9:30 am | Court Admin Room 204 | Julia Elaine Bagnoni | Moved |
| Trial | 02/01/2021 | 9:30 am | Court Admin Room 204 | Julia Elaine Bagnoni | Moved |
| Trial | 03/08/2021 | 9:30 am | Court Admin Room 204 | Julia Elaine Bagnoni | Moved |
| Trial | 05/03/2021 | 9:30 am | Court Admin Room 204 | Julia Elaine Bagnoni | Scheduled |

## DEFENDANT INFORMATION

| Date Of Birth: | 11/23/1994 | City/State/Zip: Erie, PA 16504 |
|---|---|---|

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Miller, Jacob Michael |

CPCMS 9082                                                                                                          Printed: 03/23/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0001497-2020
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Jacob Michael Miller

Page 2 of 6

### BAIL INFORMATION

**Miller, Jacob Michael**                                                                    **Nebbia Status:** None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 07/07/2020 | Monetary | | $100,000.00 | | |
| Decrease Bail Amount | 07/21/2020 | Monetary | | $50,000.00 | | |
| | | | | | Posted | 07/31/2020 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | F1 | 18 § 3301 §§ a.11i | Aggravated Arson - Bodily Injury | 07/04/2020 | X 340095-0 |
| 2 | 2 | F1 | 18 § 3301 §§ a.11i | Aggravated Arson - Bodily Injury | 07/04/2020 | X 340095-0 |
| 3 | 3 | F1 | 18 § 3301 §§ A1I | Arson-Danger Of Death Or Bodily Inj | 07/04/2020 | X 340095-0 |
| 4 | 4 | F1 | 18 § 3301 §§ A1II | Arson-Inhabited Building Or Struct | 07/04/2020 | X 340095-0 |
| 5 | 5 | F2 | 18 § 3301 §§ C1 | Arson-Intent Destroy Unoccupied Bldg | 07/04/2020 | X 340095-0 |
| 6 | 6 | F2 | 18 § 3301 §§ C2 | Arson Endangering Property-Reckless Endangerment of Inhabited Buildings | 07/04/2020 | X 340095-0 |
| 7 | 7 | F3 | 18 § 3302 §§ B | Risking Catastrophe | 07/04/2020 | X 340095-0 |
| 8 | 8 | F3 | 18 § 2706 §§ A2 | Terroristic Threats Cause Evacuation Of Bldg Etc | 07/04/2020 | X 340095-0 |
| 9 | 9 | F3 | 18 § 2706 §§ A2 | Terroristic Threats Cause Evacuation Of Bldg Etc | 07/04/2020 | X 340095-0 |
| 10 | 10 | F3 | 18 § 2706 §§ A3 | Terroristic Threats Cause Serious Public Inconv. | 07/04/2020 | X 340095-0 |
| 11 | 11 | F3 | 18 § 2706 §§ A3 | Terroristic Threats Cause Serious Public Inconv. | 07/04/2020 | X 340095-0 |
| 12 | 12 | F3 | 18 § 3301 §§ D2 | Reckless Burning or Exploding - places property having value that exceeds $5000 or automobile, place | 07/04/2020 | X 340095-0 |
| 13 | 13 | M2 | 18 § 2701 §§ A3 | Simple Assault | 07/04/2020 | X 340095-0 |
| 14 | 14 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 07/04/2020 | X 340095-0 |
| 15 | 15 | M3 | 18 § 5503 §§ A4 | Disorder Conduct Hazardous/Physi Off | 07/04/2020 | X 340095-0 |
| 16 | 16 | S | 18 § 3304 §§ A1 | Crim Misch/Dmg Prop Intent, Reckless, Or Neglig | 07/04/2020 | X 340095-0 |
| 17 | 17 | S | 18 § 3304 §§ A5 | Criminal Mischief - Damage Property | 07/04/2020 | X 340095-0 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
| Case Event | Disposition Date | Final Disposition |
|---|---|---|
| Sequence/Description | Offense Disposition | Grade    Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |

CPCMS 9082                                                                                                                         Printed: 03/23/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET

**Docket Number: CP-25-CR-0001497-2020**
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Jacob Michael Miller

Page 3 of 6

### DISPOSITION SENTENCING/PENALTIES

Disposition
    Case Event                                   Disposition Date                    Final Disposition
        Sequence/Description                         Offense Disposition                 Grade     Section
            Sentencing Judge                             Sentence Date                       Credit For Time Served
                Sentence/Diversion Program Type              Incarceration/Diversionary Period    Start Date
                    Sentence Conditions

**Waived for Court (Lower Court)**     Defendant Was Present

Lower Court Disposition                              07/21/2020                       Not Final

| Seq / Description | Offense Disposition | Grade | Section |
|---|---|---|---|
| 1 / Aggravated Arson - Bodily Injury | Waived for Court (Lower Court) | F1 | 18 § 3301 §§ a.11i |
| 2 / Aggravated Arson - Bodily Injury | Waived for Court (Lower Court) | F1 | 18 § 3301 §§ a.11i |
| 3 / Arson-Danger Of Death Or Bodily Inj | Waived for Court (Lower Court) | F1 | 18 § 3301 §§ A1I |
| 4 / Arson-Inhabited Building Or Struct | Waived for Court (Lower Court) | F1 | 18 § 3301 §§ A1II |
| 5 / Arson-Intent Destroy Unoccupied Bldg | Waived for Court (Lower Court) | F2 | 18 § 3301 §§ C1 |
| 6 / Arson Endangering Property-Reckless Endangerment of Inhabited Buildings | Waived for Court (Lower Court) | F2 | 18 § 3301 §§ C2 |
| 7 / Risking Catastrophe | Waived for Court (Lower Court) | F3 | 18 § 3302 §§ B |
| 8 / Terroristic Threats Cause Evacuation Of Bldg Etc | Waived for Court (Lower Court) | F3 | 18 § 2706 §§ A2 |
| 9 / Terroristic Threats Cause Evacuation Of Bldg Etc | Waived for Court (Lower Court) | F3 | 18 § 2706 §§ A2 |
| 10 / Terroristic Threats Cause Serious Public Inconv. | Waived for Court (Lower Court) | F3 | 18 § 2706 §§ A3 |
| 11 / Terroristic Threats Cause Serious Public Inconv. | Waived for Court (Lower Court) | F3 | 18 § 2706 §§ A3 |
| 12 / Reckless Burning or Exploding - places property having value that exceeds $5000 or automobile, place | Waived for Court (Lower Court) | F3 | 18 § 3301 §§ D2 |
| 13 / Simple Assault | Waived for Court (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 14 / Recklessly Endangering Another Person | Waived for Court (Lower Court) | M2 | 18 § 2705 |
| 15 / Disorder Conduct Hazardous/Physi Off | Waived for Court (Lower Court) | M3 | 18 § 5503 §§ A4 |
| 16 / Crim Misch/Dmg Prop Intent, Reckless, Or Neglig | Waived for Court (Lower Court) | S | 18 § 3304 §§ A1 |
| 17 / Criminal Mischief - Damage Property | Waived for Court (Lower Court) | S | 18 § 3304 §§ A5 |

**Proceed to Court**

Information Filed                                    09/16/2020                       Not Final

| Seq / Description | Offense Disposition | Grade | Section |
|---|---|---|---|
| 1 / Aggravated Arson - Bodily Injury | Proceed to Court | F1 | 18 § 3301 §§ a.11i |
| 2 / Aggravated Arson - Bodily Injury | Proceed to Court | F1 | 18 § 3301 §§ a.11i |
| 3 / Arson-Danger Of Death Or Bodily Inj | Proceed to Court | F1 | 18 § 3301 §§ A1I |
| 4 / Arson-Inhabited Building Or Struct | Proceed to Court | F1 | 18 § 3301 §§ A1II |
| 5 / Arson-Intent Destroy Unoccupied Bldg | Proceed to Court | F2 | 18 § 3301 §§ C1 |
| 6 / Arson Endangering Property-Reckless Endangerment of Inhabited Buildings | Proceed to Court | F2 | 18 § 3301 §§ C2 |
| 7 / Risking Catastrophe | Proceed to Court | F3 | 18 § 3302 §§ B |
| 8 / Terroristic Threats Cause Evacuation Of Bldg Etc | Proceed to Court | F3 | 18 § 2706 §§ A2 |
| 9 / Terroristic Threats Cause Evacuation Of Bldg Etc | Proceed to Court | F3 | 18 § 2706 §§ A2 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0001497-2020
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Jacob Michael Miller

Page 4 of 6

### DISPOSITION SENTENCING/PENALTIES

Disposition
Case Event
  Sequence/Description
    Sentencing Judge
      Sentence/Diversion Program Type
        Sentence Conditions

Disposition Date
  Offense Disposition
    Sentence Date
      Incarceration/Diversionary Period

Final Disposition
Grade    Section
  Credit For Time Served
    Start Date

| Seq/Description | Offense Disposition | Grade | Section |
|---|---|---|---|
| 10 / Terroristic Threats Cause Serious Public Inconv. | Proceed to Court | F3 | 18 § 2706 §§ A3 |
| 11 / Terroristic Threats Cause Serious Public Inconv. | Proceed to Court | F3 | 18 § 2706 §§ A3 |
| 12 / Reckless Burning or Exploding - places property having value that exceeds $5000 or automobile, place | Proceed to Court | F3 | 18 § 3301 §§ D2 |
| 13 / Simple Assault | Proceed to Court | M2 | 18 § 2701 §§ A3 |
| 14 / Recklessly Endangering Another Person | Proceed to Court | M2 | 18 § 2705 |
| 15 / Disorder Conduct Hazardous/Physi Off | Proceed to Court | M3 | 18 § 5503 §§ A4 |
| 16 / Crim Misch/Dmg Prop Intent, Reckless, Or Neglig | Proceed to Court | S | 18 § 3304 §§ A1 |
| 17 / Criminal Mischief - Damage Property | Proceed to Court | S | 18 § 3304 §§ A5 |

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| **Name:** Erie County District Attorney's Office<br>District Attorney<br>**Supreme Court No:**<br>**Phone Number(s):**<br>  814-451-6349 (Phone)<br>**Address:**<br>  Erie County Courthouse<br>  140 West Sixth Street<br>  Erie, PA  16501 | **Name:** Justin Panighetti<br>Private<br>**Supreme Court No:** 307620<br>**Rep. Status:** Active<br>**Phone Number(s):**<br>  814-806-6385 (Phone)<br>**Address:**<br>  Panighetti Law<br>  1001 State St Ste 1412<br>  Erie, PA  16501<br>Representing: Miller, Jacob Michael |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/07/2020 | | Hammer, Scott B. |
| Bail Set - Miller, Jacob Michael | | | |
| 1 | 07/21/2020 | | McGowan, Brian M. |
| Order Granting Motion for Modification of Bail - Miller, Jacob Michael | | | |
| 1 | 07/31/2020 | | Clerk of Courts Office - Erie County |
| Original Papers Received from Lower Court | | | |

CPCMS 9082            Printed:  03/23/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY

**DOCKET**



Docket Number: CP-25-CR-0001497-2020
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Jacob Michael Miller

Page 5 of 6

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 07/31/2020 | | Barry, Eric H. |
| Bail Posted - Miller, Jacob Michael | | | |
| 2 | 09/16/2020 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 1 | 09/17/2020 | | Panighetti, Justin |
| Waiver of Appearance at Arraignment | | | |
| 1 | 09/21/2020 | | Panighetti, Justin |
| Entry of Appearance | | | |
| 1 | 11/04/2020 | | Panighetti, Justin |
| Agreed Application for Continuance | | | |
| 1 | 11/05/2020 | | Ridge, David |
| Order Granting Agreed Application for Continuance | | | |
| Erie County Court Administration | | | |
| 11/05/2020 | Interoffice | | |
| Erie County District Attorney's Office | | | |
| 11/05/2020 | Interoffice | | |
| Panighetti, Justin | | | |
| 11/05/2020 | First Class | | |
| 1 | 03/01/2021 | | Panighetti, Justin |
| Agreed Application for Continuance | | | |
| 1 | 03/02/2021 | | Ridge, David |
| Order Granting Agreed Application for Continuance | | | |
| Erie County Court Administration | | | |
| 03/02/2021 | Interoffice | | |
| Erie County District Attorney's Office | | | |
| 03/02/2021 | Interoffice | | |
| Panighetti, Justin | | | |
| 03/02/2021 | First Class | | |

CPCMS 9082                                                                                                   Printed: 03/23/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF ERIE COUNTY
## DOCKET



Docket Number: CP-25-CR-0001497-2020
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Jacob Michael Miller

Page 6 of 6

### CASE FINANCIAL INFORMATION

Last Payment Date: 07/31/2020     Total of Last Payment: -$16.50

**Miller, Jacob Michael**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Bond Fee (Erie Bail Account) | $16.50 | ($16.50) | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $16.50 | ($16.50) | $0.00 | $0.00 | $0.00 |
| Grand Totals: | $16.50 | ($16.50) | $0.00 | $0.00 | $0.00 |

** - Indicates assessment is subrogated

CPCMS 9082     Printed: 03/23/2021

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.