# EXHIBIT FF

https://www.goerie.com/story/news/crime/2020/07/07/mckean-man-charged-in-summit-store-arson/113454050/