# EXHIBIT HH

https://en.wikipedia.org/wiki/George_Floyd_protests