# EXHIBIT II

https://reason.com/2020/08/31/joe-biden-riots-looting-protesters-blm-trump/