# EXHIBIT JJ

https://protect2.fireeye.com/v1/url?k=5c7dd748-03e6ee1f-5c7af3ad-ac1f6b017516-134a330e49d5a52e&q=1&e=4ff3660f-7699-48dc-ab46-be74acb1d669&u=https%3A%2F%2Fwww.pghcitypaper.com%2Fpittsburgh%2Fprotest-honoring-george-floyd-brings-thousands-to-downtown-pittsburgh-ends-in-destruction-not-supported-by-protest-organizers%2FContent%3Foid%3D17378981