# EXHIBIT KK

https://www.pghcitypaper.com/pittsburgh/over-a-week-of-black-lives-matter-protests-expose-pittsburgh-polices-weakness-in-safely-managing-demonstrations/Content?oid=17432970