# EXHIBIT LL

https://www.foxnews.com/us/police-chief-officers-injured-riots