# EXHIBIT MM

https://www.tasnimnews.com/en/news/2020/06/14/2286113/putin-says-us-riots-show-deep-crisis-in-the-country