# EXHIBIT NN

https://www.npr.org/2020/06/03/868566978/in-george-floyd-protests-china-sees-a-powerful-propaganda-opportunity