# EXHIBIT OO

https://www.aljazeera.com/news/2020/6/2/eu-shocked-and-appalled-by-george-floyds-killing-live-updates