# EXHIBIT PP

[https://www.voanews.com/usa/race-america/hundreds-domestic-terrorism-investigations-opened-start-george-floyd-protests](https://www.voanews.com/usa/race-america/hundreds-domestic-terrorism-investigations-opened-start-george-floyd-protests)