# EXHIBIT QQ

https://www.erienewsnow.com/story/42229250/melquan-barnett-indicted-by-grand-jury-in-ember-forge-fire-claims-he-was-not-influenced-by-outside-forces