# EXHIBIT RR

https://cityof.erie.pa.us/2020/06/04/erie-police-department-june-4-2020-press-release/