# EXHIBIT SS

[https://www.erienewsnow.com/story/42197059/man-arrested-for-trying-to-throw-molotov-cocktail-at-police-another-charged-with-arson-at-ember-forge](https://www.erienewsnow.com/story/42197059/man-arrested-for-trying-to-throw-molotov-cocktail-at-police-another-charged-with-arson-at-ember-forge)