# EXHIBIT TT

https://www.yourerie.com/news/local-news/another-arrest-made-pertaining-to-the-may-30th-erie-protest/