# EXHIBIT UU

https://www.eriereader.com/article/summarizing-saturdays-chaos