# EXHIBIT VV

https://www.goerie.com/news/20200601/erie-police-work-to-id-suspects-in-riot-related-crimes