PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT
for the
Western District Of Pennsylvania

U.S.A. vs.   Melquan Barnett                           Docket No.   0315 1:20CR00018

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mara Williams, U.S. Probation Officer, presenting an official report upon the conduct of defendant Melquan Barnett, who was placed under pretrial release supervision by the Honorable Richard A. Lanzillo, sitting in the COURT at Erie, Pennsylvania, on the 4th day of June, 2020, to include the following condition:

*7(p) the defendant shall participate in a location restriction program, specifically (iii) home incarceration, and comply with its requirements as directed. The defendant is restricted to 24-hour-a-day lock-down at his residence except for medical necessities and court appearances or other activities specifically approved by the Court.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

At the time of his release in this district, the Court ordered the defendant be placed on a home incarceration with location monitoring. There have been no violations of the defendant's location monitoring condition since his release.

Based on his compliance on supervision, as well as no known risks of nonappearance or danger to the community, it is respectfully recommended that the component of home incarceration be modified to home detention, which will allow the defendant an opportunity to obtain gainful employment. Therefore, Pretrial Services is requesting that the following modification be made to the defendant's conditions of release:

*7(p) The defendant shall participate in (ii) home detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.*

On December 8, 2022, Pretrial Services spoke with AUSA Christian Trabold who had no objection to modifying the defendant's condition from Home Incarceration to Home Detention as noted above.

PRAYING THAT THE COURT WILL modify the defendant's Order Setting Conditions of Release as indicated above.

| ORDER OF COURT | |
|---|---|
| ☐ No Action | I declare under penalty of perjury that the foregoing is true and correct. |
| ☐ The Issuance of a Warrant and: | |
|    ☐ Petition to be Unsealed Upon Notice of Arrest | |
| ☐ Bond Violation Be Scheduled | |
| ☑ Other *As recommended* | Executed on December 8, 2022 |

Considered and ordered this *12th* day of *December* 2022, and ordered filed and made a part of the records in the above case.

_____
Mara Williams
2022.12.09 14:12:38 -05'00'

Mara Williams
U.S. Pretrial Services/Probation Officer

_____
Honorable Susan Paradise Baxter
U.S. District Judge

Connie J. Dugan
2022.12.09 13:28:47 -05'00'

Connie J. Dugan
Supervisory U.S. Pretrial Services/Probation Officer

Place    Erie, Pennsylvania

Cc:   Christian Trabold, AUSA
       Charles Kwalonue Sunwabe, Jr, AFPD