IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 1:20-cr-00018-SPB-1 |
| MELQUAN BARNETT, | |
| Defendant. | |

### CHANGE OF PLEA

Defendant, MELQUAN BARNETT, withdraws his Plea of Not Guilty and enters a Plea of Guilty to Count 1 of the Indictment in open court this 4th day of January 2023.

_____
Defendant's Signature

_____
Attorney for Defendant